Kevin Blessing
123 N Center St.
Frackville, PA 17931