United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 16-01239-RNO
Kevin L Blessing  Chapter 13
Lisa M Blessing
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 4
Date Rcvd: Mar 17, 2021     Form ID: 3180W     Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Kevin L Blessing, 123 N Center St, Frackville, PA 17931-1203 |
| jdb | + | Lisa M Blessing, 1156 Poplar St, Kulpmont, PA 17834-1612 |
| cr | + | HSBC BANK USA, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | HSBC BANK USA, NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | HSBC Bank USA, National Association, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | + | SPECIALIZED LOAN SERVICING, LLC, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Specialized Loan Servicing, LLC, 14841 Dallas Parkway,Suite 425,, 14841 Dallas Parkway,Suite 425, Dallas, TX 75254-8067 |
| 4767689 | + | Capital One, PO Box 3115, Milwaukee, Wisconsin 53201-3115 |
| 4767692 | + | Commonwealth Health System, 245 Main St, Scranton, PA 18519-1641 |
| 4815843 | | HSBC BANK USA, NATIONAL ASSOCIATION ET AL, WELLS FARGO BANK, N.A., DEFAULT DOCUMENT PROCESSING, N9286-01Y, 1000 BLUE GENTIAN ROAD EAGAN, MN 55121-7700 |
| 5175023 | + | HSBC Bank USA , National Association, c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 4875122 | | Lendmark Financial Services, LLC, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., One Montgomery Plaza, Suite 706, 425 Swede Street Norristown, PA 19401 |
| 4767700 | + | Main Street Acquisition Corp, 7473 West Lake Mead Road, Suite 216, Las Vegas, NV 89128-0265 |
| 4767701 | + | Mariner Finance, 1157 Merrit Blvd, Baltimore, MD 21222-1438 |
| 4805853 | + | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 4767705 | + | PPL Gold Credit Union, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 4767704 | + | PPL Gold Credit Union, 4703 Hamilton Blvd, Allentown, PA 18103-6066 |
| 5175022 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 4767712 | + | Wilkes Barre General Hospita, 575 N River St, Wilkes Barre, PA 18764-0001 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: WFFC.COM | Mar 17 2021 22:43:00 | Wells Fargo Bank, N.A./Wells Fargo Home Mortgage, MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 4795769 | | EDI: AIS.COM | Mar 17 2021 22:43:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 4767687 | + | EDI: RMCB.COM | Mar 17 2021 22:43:00 | American Medical Collection, 4 Westchester Plaza, Elmsford, NY 10523-1615 |
| 4767688 | + | Email/Text: bankruptcy@cavps.com | Mar 17 2021 18:59:00 | Calvary Porfolio Service, PO Box 27288, Tempe, AZ 85285-7288 |
| 4767690 | + | EDI: CAPITALONE.COM | Mar 17 2021 22:43:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 4787776 | | EDI: CAPITALONE.COM | | |

| Recipient ID | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Mar 17 2021 22:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4812712 | EDI: BL-BECKET.COM | Mar 17 2021 22:43:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4767691 + | EDI: WFNNB.COM | Mar 17 2021 22:43:00 | Commenity Bank Peebles, PO BOX 182789, Columbus, OH 43218-2789 |
| 4800077 + | EDI: CRFRSTNA.COM | Mar 17 2021 22:43:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 4767693 + | EDI: CRFRSTNA.COM | Mar 17 2021 22:43:00 | Credit First National Association, BK 16 Credit Operations, PO Box81315, Cleveland, OH 44181-0315 |
| 4767695 + | Email/PDF: creditonebknotifications@resurgent.com | Mar 17 2021 19:11:28 | Credit One Bank, PO Box 98873, Las Vegas, Nevada 89193-8873 |
| 4767694 + | Email/PDF: creditonebknotifications@resurgent.com | Mar 17 2021 19:13:29 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 4780310 | EDI: FORD.COM | Mar 17 2021 22:43:00 | Ford Motor Credit Company LLC, Dept 55953, P O Box 55000, Detroit MI, 48255-0953 |
| 4767697 | EDI: FORD.COM | Mar 17 2021 22:43:00 | Ford Motor Credit Company LLC, PO Box 6275, Dearborn, MI 48121 |
| 4767696 + | EDI: AMINFOFP.COM | Mar 17 2021 22:43:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls , SD 57107-0145 |
| 4767698 + | EDI: HFC.COM | Mar 17 2021 22:43:00 | HSBC Bank, PO Box 9, Buffalo, NY 14240-0009 |
| 4767699 + | Email/Text: PBNCNotifications@peritusservices.com | Mar 17 2021 18:58:00 | Kohls Department Store Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 4840077 | Email/Text: ktramble@lendmarkfinancial.com | Mar 17 2021 18:58:00 | Lendmark Financial Services LLC, 2118 Usher Street, Covington, GA 30037 |
| 4840078 | Email/Text: ktramble@lendmarkfinancial.com | Mar 17 2021 18:58:00 | Lendmark Financial Services LLC, 2118 Usher Street, Covington, GA 30037, Lendmark Financial Services LLC, 2118 Usher Street, Covington, GA 30037 |
| 4804678 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 17 2021 19:11:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4807402 + | EDI: MID8.COM | Mar 17 2021 22:43:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 4767702 + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 17 2021 19:15:26 | Merrick Bank Credit Card B 14, PO Box 1500, Draper, UT 84020-1500 |
| 4767703 | EDI: PRA.COM | Mar 17 2021 22:43:00 | Portfolio Recovery Assoc, 120 Corporate Blvd, Norfolk, VA 23502 |
| 4815864 | EDI: PRA.COM | Mar 17 2021 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4808056 + | EDI: JEFFERSONCAP.COM | Mar 17 2021 22:43:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 4807376 | EDI: Q3G.COM | Mar 17 2021 22:43:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4794711 | EDI: Q3G.COM | Mar 17 2021 22:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4777399 | EDI: AGFINANCE.COM | Mar 17 2021 22:43:00 | SPRINGLEAF FINANCIAL SERVICES, PO BOX 3251, EVANSVILLE, IN 47731 |
| 4767706 + | EDI: AGFINANCE.COM | Mar 17 2021 22:43:00 | Springleaf Finan Services, PO Box 9, Shamokin Dam, PA 17876-0009 |

| | | | | |
|---|---|---|---|---|
| 4767707 | + EDI: RMSC.COM | | Mar 17 2021 22:43:00 | Syncrony Bank, PO Box 965060, Orlando, Florida 32896-5060 |
| 4767708 | + EDI: RMSC.COM | | Mar 17 2021 22:43:00 | Syncrony Bank Walmart, PO Box 965060, Orlando, FL 32896-5060 |
| 4767709 | + EDI: VERIZONCOMB.COM | | Mar 17 2021 22:43:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 4767710 | + EDI: BLUESTEM | | Mar 17 2021 22:43:00 | Webbank Fingerhut, 6250Ridgewood ROA, Saint Cloud, MN 56303-0820 |
| 4767711 | + EDI: WFFC.COM | | Mar 17 2021 22:43:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, Lendmark Financial Services LLC., 2118 Usher Street, Covington, GA 30014 |
| 4875123 | * | Lendmark Financial Services, LLC, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., One Montgomery Plaza, Suite 706, 425 Swede Street, Norristown, PA 19401 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 19, 2021            Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Craig H. Fox | on behalf of Creditor Lendmark Financial Services LLC. Bankruptcy@Foxandfoxlaw.com cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| Howard Gershman | on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net |
| James Warmbrodt | on behalf of Creditor HSBC Bank USA National Association as Trustee for MASTR Reperforming Loan Trust 2005-1 bkgroup@kmllawgroup.com |
| Mario John Hanyon | on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR et al. pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Robert Spielman | |

| | |
|---|---|
| Robert Spielman | on behalf of Debtor 1 Kevin L Blessing bobspielman@yahoo.com rssecty@yahoo.com |
| | on behalf of Debtor 2 Lisa M Blessing bobspielman@yahoo.com rssecty@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Kevin L Blessing <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9396 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Lisa M Blessing <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9874 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 4:16–bk–01239–RNO | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kevin L Blessing                                       Lisa M Blessing

3/17/21                                                **By the court:** Robert N. Opel II
                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                             **Chapter 13 Discharge**                             page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**