## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

KEVIN L BLESSING  Case No.: 4-16-01239-RNO
LISA M BLESSING  Chapter 13
    Debtor(s)

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**  **MORTGAGE INFORMATION**
Creditor Name:  SPECIALIZED LOAN SERVICING LLC
Court Claim Number:  13
Last Four of Loan Number:  0580/PRE ARREARS/1156 POPLAR ST
Property Address if applicable:  1156 POPLAR STREET, KULPMONT, PA  17834

**PART 2:**  **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages:  $347.00
b. Prepetition arrearages paid by the Trustee:  $347.00
c. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c):  $0.00
d. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:  $0.00
e. Allowed postpetition arrearage:  $0.00
f. Postpetition arrearages paid by the Trustee:  $0.00
g. Total b, d, f:  $347.00

**PART 3:**  **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment:  $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**  **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: March 24, 2021            Respectfully submitted,

           s/ Charles J. DeHart, III, Trustee
           Standing Chapter 13 Trustee
           Suite A, 8125 Adams Drive
           Hummelstown, PA 17036
           Phone: (717) 566-6097
           Fax: (717) 566-8313
           eMail: dehartstaff@pamd13trustee.com

Creditor Name: SPECIALIZED LOAN SERVICING LLC
Court Claim Number: 13

```
    CLM #    CHECK #      DATE        PRIN PAID     INT PAID    TOTAL DISB

    5200     1163206    02/08/2017      $46.30        $0.00       $46.30
    5200     1164740    03/09/2017     $300.70        $0.00      $300.70
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
    KEVIN L BLESSING                                         Case No.: 4-16-01239-RNO
    LISA M BLESSING                                           Chapter 13
            Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 24, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| ROBERT SPIELMAN, ESQUIRE<br>29 EAST MAIN STREET<br>SUITE D<br>BLOOMSBURG PA, 17815-1485 | SERVED ELECTRONICALLY |
| SPECIALIZED LOAN SERVICING, LLC<br>872 LUCENT BLVD, SUITE 300<br>HIGHLANDS RANCH, CO, 80129 | SERVED BY 1ST CLASS MAIL |
| KEVIN L BLESSING<br>LISA M BLESSING<br>211 S BEECH STREET<br>MOUNT CARMEL, PA 17851-1919 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 24, 2021                                               s/ Donna Schott
                                                                           Charles J. DeHart, III, Trustee
                                                                            Standing Chapter 13 Trustee
                                                                            Suite A, 8125 Adams Drive
                                                                            Hummelstown, PA 17036
                                                                            Phone: (717) 566-6097
                                                                            Fax: (717) 566-8313
                                                                            eMail: dehartstaff@pamd13trustee.com