| | |
|---|---|
| Debtor 1 | Kevin L Blessing |
| Debtor 2 (Spouse, if filing) | Lisa M Blessing |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania (State) |
| Case number | 4:16-bk-01239-RNO |

Fill in this information to identify the case:

# Form 4100R
# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Statement / Response Date:** 04/06/2021

**Name of creditor:** HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-1 c/o Specialized Loan Servicing, LLC

**Court claim no. (if known):** 13-1

**Last 4 digits** of any number you use to identify the debtor's account: 0580

**Property address:** 1156 Poplar Street
Kulpmont, PA 17834

## Part 2: Prepetition Default Payments

*Check One*:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

## Part 3: Postpetition Mortgage Payment

*Check one*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | | |
|---|---|---|---|---|
| a. | Total postpetition ongoing payments due: | | (a) | $3,139.00 |
| b. | Total fees, charges, expenses, escrow, and costs outstanding: | | + (b) | $0.00 |
| c. | **Total**. Add lines a and b. | | (c) | $3,139.00 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   07/01/2020*
MM / DD / YYYY

*Please be advised: Due to a recent financial hardship resulting directly or indirectly from the COVID-19 pandemic, the Debtor has requested, and creditor has provided a temporary forbearance/suspension of mortgage payments.  This forbearance period may include some of the payments provided for under Debtor's plan.  The Debtor(s) have elected not to tender mortgage payments to the Creditor that would come due on the subject mortgage loan 09/01/2020 through 02/01/2021 . Debtor(s) will resume mortgage payments beginning 03/01/2021 and will be required to cure the delinquency created by the forbearance period.

## Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:  Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Mukta Suri       Date  04/14/2021
Signature

Print   Mukta Suri
        First Name  Middle Name  Last Name   Title  Authorized Agent for Specialized Loan Servicing, LLC

Company   Bonial & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   P.O. Box 9013
          Number        Street
          Addison, Texas 75001
          City          State         ZIP Code

| Contact phone | (972) 643-6600 | Email | POCInquiries@BonialPC.com |

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before April 14, 2021 via electronic notice unless otherwise stated.

**Debtor** *Via U.S. Mail*
Kevin L Blessing
1156 Poplar Street
Kulpmont, Pennsylvania 17834

**Debtor** *Via U.S. Mail*
Lisa M Blessing
1156 Poplar Street
Kulpmont, Pennsylvania 17834

**Debtors' Attorney**
Robert Spielman
Attorney at Law
29 E Main St, Ste D
Bloomsburg, Pennsylvania 17815-1485

**Chapter 13 Trustee**
Charles J. DeHart, III
8125 Adams Drive, Suite A
Hummelstown, Pennsylvania 17036

Respectfully Submitted,

/s/ Mukta Suri

| Date Received | Contractual Due Date | Post Funds Received | Pre Funds Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Late Charges assessed or recovered | POST Suspense | PRE Suspense | Fee Recovered | Principal Balance | Escrow Balance | POST Suspense | PRE Suspense | Late Charge Balance | Fee Balance | POC Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/28/16 | 03/01/16 | | | | | | | | | | $23,806.88 | $656.56 | $0.00 | $0.00 | $0.00 | $215.00 | $305.87 | BEGINNING BAL |
| 04/11/16 | | | | | | -$280.99 | | | | | $23,806.88 | $375.57 | $0.00 | $0.00 | $0.00 | $215.00 | $305.87 | City Tax |
| 04/18/16 | | $305.87 | | | | | | $305.87 | | | $23,806.88 | $375.57 | $305.87 | $0.00 | $0.00 | $215.00 | $305.87 | Debtor Payment to Suspense |
| 04/19/16 | 03/01/16 | | | $65.09 | $158.71 | $82.07 | | -$305.87 | | | $23,741.79 | $457.64 | $0.00 | $0.00 | $0.00 | $215.00 | $305.87 | Post Petition Payment |
| 05/26/16 | | $305.87 | | | | | | $305.87 | | | $23,741.79 | $457.64 | $305.87 | $0.00 | $0.00 | $215.00 | $305.87 | Debtor Payment to Suspense |
| 06/01/16 | 04/01/16 | | | $65.52 | $158.28 | $82.07 | | -$305.87 | | | $23,676.27 | $539.71 | $0.00 | $0.00 | $0.00 | $215.00 | $305.87 | Post Petition Payment |
| 07/06/16 | | $305.87 | | | | | | $305.87 | | | $23,676.27 | $539.71 | $305.87 | $0.00 | $0.00 | $215.00 | $305.87 | Debtor Payment to Suspense |
| 07/07/16 | 05/01/16 | | | $65.96 | $157.84 | $82.07 | | -$305.87 | | | $23,610.31 | $621.78 | $0.00 | $0.00 | $0.00 | $215.00 | $305.87 | Post Petition Payment |
| 07/26/16 | | | | | | | | | | $215.00 | $23,610.31 | $621.78 | $0.00 | $0.00 | $0.00 | $0.00 | $305.87 | Fee Paid/Waived |
| 08/03/16 | | | | | | -$479.00 | | | | | $23,610.31 | $142.78 | $0.00 | $0.00 | $0.00 | $0.00 | $305.87 | Homeowners/Fire/Hazard Paid |
| 08/08/16 | | $305.87 | | | | | | $305.87 | | | $23,610.31 | $142.78 | $305.87 | $0.00 | $0.00 | $0.00 | $305.87 | Debtor Payment to Suspense |
| 08/09/16 | 06/01/16 | | | $66.40 | $157.40 | $82.07 | | -$305.87 | | | $23,543.91 | $224.85 | $0.00 | $0.00 | $0.00 | $0.00 | $305.87 | Post Petition Payment |
| 08/12/16 | | | | | | -$262.20 | | | | | $23,543.91 | -$37.35 | $0.00 | $0.00 | $0.00 | $0.00 | $305.87 | School Tax |
| 09/13/16 | | $917.61 | | | | | | $917.61 | | | $23,543.91 | -$37.35 | $917.61 | $0.00 | $0.00 | $0.00 | $305.87 | |
| 09/14/16 | 07/01/16 | | | $66.84 | $156.96 | $82.07 | | -$305.87 | | | $23,477.07 | $44.72 | $611.74 | $0.00 | $0.00 | $0.00 | $305.87 | Post Petition Payment |
| 09/14/16 | 08/01/16 | | | $67.29 | $156.51 | $82.07 | | -$305.87 | | | $23,409.78 | $126.79 | $305.87 | $0.00 | $0.00 | $0.00 | $305.87 | Post Petition Payment |
| 09/14/16 | 09/01/16 | | | $67.73 | $156.07 | $82.07 | | -$305.87 | | | $23,342.05 | $208.86 | $0.00 | $0.00 | $0.00 | $0.00 | $305.87 | Post Petition Payment |
| 11/16/16 | | $305.87 | | | | | | $305.87 | | | $23,342.05 | $208.86 | $305.87 | $0.00 | $0.00 | $0.00 | $305.87 | Debtor Payment to Suspense |
| 11/17/16 | 10/01/16 | | | $68.19 | $155.61 | $82.07 | | -$305.87 | | | $23,273.86 | $290.93 | $0.00 | $0.00 | $0.00 | $0.00 | $305.87 | Post Petition Payment |
| 01/09/17 | | $305.87 | | | | | | $305.87 | | | $23,273.86 | $290.93 | $305.87 | $0.00 | $0.00 | $0.00 | $305.87 | Debtor Payment to Suspense |
| 01/10/17 | 11/01/16 | | | $68.64 | $155.16 | $82.07 | | -$305.87 | | | $23,205.22 | $373.00 | $0.00 | $0.00 | $0.00 | $0.00 | $305.87 | Post Petition Payment |
| 01/31/17 | | $310.53 | | | | | | $310.53 | | | $23,205.22 | $373.00 | $310.53 | $0.00 | $0.00 | $0.00 | $305.87 | Debtor Payment to Suspense |
| 02/15/17 | | | $46.30 | | | | | | $46.30 | | $23,205.22 | $373.00 | $310.53 | $46.30 | $0.00 | $0.00 | $259.57 | Trustee Payment to Suspense |
| 02/23/17 | | $619.53 | | | | | | $619.53 | | | $23,205.22 | $373.00 | $930.06 | $46.30 | $0.00 | $0.00 | $259.57 | Debtor Payment to Suspense |
| 02/24/17 | 12/01/16 | | | $69.10 | $154.70 | $82.07 | | -$305.87 | | | $23,136.12 | $455.07 | $930.06 | -$259.57 | $0.00 | $0.00 | $259.57 | Pre Petition Payment |
| 03/15/17 | | | $300.70 | | | | | | $300.70 | | $23,136.12 | $455.07 | $930.06 | $41.13 | $0.00 | $0.00 | -$41.13 | Trustee Payment to Suspense |
| 04/11/17 | | | | | | -$280.99 | | | | | $23,136.12 | $174.08 | $930.06 | $41.13 | $0.00 | $0.00 | -$41.13 | City Tax |

| Date Received | Contractual Due Date | Post Funds Received | Pre Funds Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Late Charges assessed or recovered | POST Suspense | PRE Suspense | Fee Recovered | Principal Balance | Escrow Balance | POST Suspense | PRE Suspense | Late Charge Balance | Fee Balance | POC Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/14/17 | 01/01/17 | | | $69.56 | $154.24 | $89.86 | | -$313.66 | | | $23,066.56 | $263.94 | $616.40 | $41.13 | $0.00 | $0.00 | -$41.13 | Post Petition Payment |
| 04/14/17 | | $313.66 | | | | | | $313.66 | | | $23,066.56 | $263.94 | $930.06 | $41.13 | $0.00 | $0.00 | -$41.13 | Debtor Payment to Suspense |
| 04/17/17 | 02/01/17 | | | $70.02 | $153.78 | $89.86 | | -$313.66 | | | $22,996.54 | $353.80 | $616.40 | $41.13 | $0.00 | $0.00 | -$41.13 | Post Petition Payment |
| 05/03/17 | (02/01/17) | | | -$70.02 | -$153.78 | -$89.86 | | $313.66 | | | $23,066.56 | $263.94 | $930.06 | $41.13 | $0.00 | $0.00 | -$41.13 | Post Petition Payment |
| 05/03/17 | (01/01/17) | | | -$69.56 | -$154.24 | -$89.86 | | $313.66 | | | $23,136.12 | $174.08 | $1,243.72 | $41.13 | $0.00 | $0.00 | -$41.13 | Post Petition Payment |
| 05/03/17 | | | -$41.13 | | | | | | -$41.13 | | $23,136.12 | $174.08 | $1,243.72 | $0.00 | $0.00 | $0.00 | $0.00 | Refund PRE funds to Debtor |
| 05/04/17 | 01/01/17 | | | $69.56 | $154.24 | $89.86 | | -$313.66 | | | $23,066.56 | $263.94 | $930.06 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 05/10/17 | | $635.11 | | | | | | $635.11 | | | $23,066.56 | $263.94 | $1,565.17 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 05/16/17 | 02/01/17 | | | $70.02 | $153.78 | $89.86 | | -$313.66 | | | $22,996.54 | $353.80 | $1,251.51 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 05/17/17 | 03/01/17 | | | $70.49 | $153.31 | $89.86 | | -$313.66 | | | $22,926.05 | $443.66 | $937.85 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 05/18/17 | 04/01/17 | | | $70.96 | $152.84 | $89.86 | | -$313.66 | | | $22,855.09 | $533.52 | $624.19 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 06/01/17 | | $313.66 | | | | | | $313.66 | | | $22,855.09 | $533.52 | $937.85 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 06/02/17 | 05/01/17 | | | $71.43 | $152.37 | $89.86 | | -$313.66 | | | $22,783.66 | $623.38 | $624.19 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 06/28/17 | | $313.66 | | | | | | $313.66 | | | $22,783.66 | $623.38 | $937.85 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 06/29/17 | 06/01/17 | | | $71.91 | $151.89 | $89.86 | | -$313.66 | | | $22,711.75 | $713.24 | $624.19 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 07/11/17 | | | | | | -$476.00 | | | | | $22,711.75 | $237.24 | $624.19 | $0.00 | $0.00 | $0.00 | $0.00 | Homeowners/Fire/Hazard Paid |
| 08/14/17 | | | | | | -$272.68 | | | | | $22,711.75 | -$35.44 | $624.19 | $0.00 | $0.00 | $0.00 | $0.00 | School Tax |
| 08/21/17 | | $313.66 | | | | | | $313.66 | | | $22,711.75 | -$35.44 | $937.85 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 08/27/17 | 07/01/17 | | | $72.39 | $151.41 | $89.86 | | -$313.66 | | | $22,639.36 | $54.42 | $624.19 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 09/22/17 | 08/01/17 | | | $72.87 | $150.93 | $89.86 | | -$313.66 | | | $22,566.49 | $144.28 | $310.53 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 10/02/17 | 09/01/17 | $313.66 | | $73.36 | $150.44 | $89.86 | | | | | $22,493.13 | $234.14 | $310.53 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 10/27/17 | 10/01/17 | $313.66 | | $73.85 | $149.95 | $89.86 | | | | | $22,419.28 | $324.00 | $310.53 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 11/29/17 | 11/01/17 | $313.66 | | $74.34 | $149.46 | $89.86 | | | | | $22,344.94 | $413.86 | $310.53 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 12/24/17 | 12/01/17 | $313.66 | | $74.83 | $148.97 | $89.86 | | | | | $22,270.11 | $503.72 | $310.53 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 02/01/18 | 01/01/18 | | | $75.33 | $148.47 | $86.73 | | -$310.53 | | | $22,194.78 | $590.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 03/02/18 | | $310.53 | | | | | | $310.53 | | | $22,194.78 | $590.45 | $310.53 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 03/05/18 | 02/01/18 | | | $75.83 | $147.97 | $86.73 | | -$310.53 | | | $22,118.95 | $677.18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 03/28/18 | 03/01/18 | $310.53 | | $76.34 | $147.46 | $86.73 | | | | | $22,042.61 | $763.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 04/03/18 | | | | | | -$299.86 | | | | | $22,042.61 | $464.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | City Tax |

| Date Received | Contractual Due Date | Post Funds Received | Pre Funds Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Late Charges assessed or recovered | POST Suspense | PRE Suspense | Fee Recovered | Principal Balance | Escrow Balance | POST Suspense | PRE Suspense | Late Charge Balance | Fee Balance | POC Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/29/18 | 04/01/18 | $310.53 | | $76.85 | $146.95 | $86.73 | | | | | $21,965.76 | $550.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 05/30/18 | 05/01/18 | $310.53 | | $77.36 | $146.44 | $86.73 | | | | | $21,888.40 | $637.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 06/28/18 | 06/01/18 | $310.53 | | $77.88 | $145.92 | $86.73 | | | | | $21,810.52 | $724.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 07/11/18 | | | | | | -$496.00 | | | | | $21,810.52 | $228.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Homeowners/Fire/Hazard Paid |
| 08/01/18 | 07/01/18 | $310.53 | | $78.40 | $145.40 | $86.73 | | | | | $21,732.12 | $314.97 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 08/14/18 | | | | | | -$289.58 | | | | | $21,732.12 | $25.39 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | School Tax |
| 09/02/18 | 08/01/18 | $310.53 | | $78.92 | $144.88 | $86.73 | | | | | $21,653.20 | $112.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 10/24/18 | | $621.06 | | | | | | $621.06 | | | $21,653.20 | $112.12 | $621.06 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 10/25/18 | 09/01/18 | | | $79.45 | $144.35 | $86.73 | | -$310.53 | | | $21,573.75 | $198.85 | $310.53 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 10/25/18 | 10/01/18 | | | $79.97 | $143.83 | $86.73 | | -$310.53 | | | $21,493.78 | $285.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 11/26/18 | 11/01/18 | $310.53 | | $80.51 | $143.29 | $86.73 | | | | | $21,413.27 | $372.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 12/26/18 | 12/01/18 | $310.53 | | $81.04 | $142.76 | $86.73 | | | | | $21,332.23 | $459.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 02/19/19 | 01/01/19 | $321.23 | | $81.59 | $142.21 | $97.43 | | | | | $21,250.64 | $556.47 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 03/07/19 | | | | | | | | | | | $21,250.64 | $556.47 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Service Transfer |
| 03/15/19 | | $321.23 | | | | | | $321.23 | | | $21,250.64 | $556.47 | $321.23 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 03/22/19 | 02/01/19 | | | $82.13 | $141.67 | $97.43 | | -$321.23 | | | $21,168.51 | $653.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 04/01/19 | | $321.23 | | | | | | $321.23 | | | $21,168.51 | $653.90 | $321.23 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 04/02/19 | 03/01/19 | | | $82.68 | $141.12 | $97.43 | | -$321.23 | | | $21,085.83 | $751.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 04/10/19 | | | | | | -$299.86 | | | | | $21,085.83 | $451.47 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | City Tax |
| 06/03/19 | | $321.23 | | | | | | $321.23 | | | $21,085.83 | $451.47 | $321.23 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 06/04/19 | 04/01/19 | | | $83.23 | $140.57 | $97.43 | | -$321.23 | | | $21,002.60 | $548.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 07/16/19 | | $321.23 | | | | | | $321.23 | | | $21,002.60 | $548.90 | $321.23 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 07/17/19 | 05/01/19 | | | $83.78 | $140.02 | $97.43 | | -$321.23 | | | $20,918.82 | $646.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 07/22/19 | | | | | | -$482.00 | | | | | $20,918.82 | $164.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Homeowners/Fire/Hazard Paid |
| 08/06/19 | | | | | | -$299.72 | | | | | $20,918.82 | -$135.39 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | School Tax |
| 08/12/19 | | $642.46 | | | | | | $642.46 | | | $20,918.82 | -$135.39 | $642.46 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 08/13/19 | 06/01/19 | | | $84.34 | $139.46 | $97.43 | | -$321.23 | | | $20,834.48 | -$37.96 | $321.23 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |

| Date Received | Contractual Due Date | Post Funds Received | Pre Funds Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Late Charges assessed or recovered | POST Suspense | PRE Suspense | Fee Recovered | Principal Balance | Escrow Balance | POST Suspense | PRE Suspense | Late Charge Balance | Fee Balance | POC Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/13/19 | 07/01/19 | | | $84.90 | $138.90 | $97.43 | | -$321.23 | | | $20,749.58 | $59.47 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 09/23/19 | | $321.23 | | | | | | $321.23 | | | $20,749.58 | $59.47 | $321.23 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 09/24/19 | 08/01/19 | | | $85.47 | $138.33 | $97.43 | | -$321.23 | | | $20,664.11 | $156.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 10/21/19 | | $321.23 | | | | | | $321.23 | | | $20,664.11 | $156.90 | $321.23 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 10/22/19 | 09/01/19 | | | $86.04 | $137.76 | $97.43 | | -$321.23 | | | $20,578.07 | $254.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 12/04/19 | | $321.23 | | | | | | $321.23 | | | $20,578.07 | $254.33 | $321.23 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 12/05/19 | 10/01/19 | | | $86.61 | $137.19 | $97.43 | | -$321.23 | | | $20,491.46 | $351.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 01/02/20 | | $321.23 | | | | | | $321.23 | | | $20,491.46 | $351.76 | $321.23 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 01/03/20 | 11/01/19 | | | $87.19 | $136.61 | $97.43 | | -$321.23 | | | $20,404.27 | $449.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 02/11/20 | | $321.23 | | | | | | $321.23 | | | $20,404.27 | $449.19 | $321.23 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 02/12/20 | 12/01/19 | | | $87.77 | $136.03 | $97.43 | | -$321.23 | | | $20,316.50 | $546.62 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 02/27/20 | | $321.23 | | | | | | $321.23 | | | $20,316.50 | $546.62 | $321.23 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 02/28/20 | 01/01/20 | | | $88.36 | $135.44 | $90.13 | | -$313.93 | | | $20,228.14 | $636.75 | $7.30 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 03/27/20 | | | | | | -$303.62 | | | | | $20,228.14 | $333.13 | $7.30 | $0.00 | $0.00 | $0.00 | $0.00 | City Tax |
| 04/20/20 | | $313.93 | | | | | | $313.93 | | | $20,228.14 | $333.13 | $321.23 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 04/21/20 | 02/01/20 | | | $88.95 | $134.85 | $90.13 | | -$313.93 | | | $20,139.19 | $423.26 | $7.30 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 05/07/20 | | $313.93 | | | | | | $313.93 | | | $20,139.19 | $423.26 | $321.23 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 05/08/20 | 03/01/20 | | | $89.54 | $134.26 | $90.13 | | -$313.93 | | | $20,049.65 | $513.39 | $7.30 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 05/19/20 | | $313.93 | | | | | | $313.93 | | | $20,049.65 | $513.39 | $321.23 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 05/20/20 | 04/01/20 | | | $90.14 | $133.66 | $90.13 | | -$313.93 | | | $19,959.51 | $603.52 | $7.30 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 06/02/20 | | $313.93 | | | | | | $313.93 | | | $19,959.51 | $603.52 | $321.23 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 06/03/20 | 05/01/20 | | | $90.74 | $133.06 | $90.13 | | -$313.93 | | | $19,868.77 | $693.65 | $7.30 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 07/21/20 | | | | | | -$489.00 | | | | | $19,868.77 | $204.65 | $7.30 | $0.00 | $0.00 | $0.00 | $0.00 | Homeowners/Fire/Hazard Paid |
| 08/03/20 | | | | | | -$299.72 | | | | | $19,868.77 | -$95.07 | $7.30 | $0.00 | $0.00 | $0.00 | $0.00 | School Tax |
| 09/09/20 | | $313.93 | | | | | | $313.93 | | | $19,868.77 | -$95.07 | $321.23 | $0.00 | $0.00 | $0.00 | $0.00 | Debtor Payment to Suspense |
| 09/10/20 | 06/01/20 | | | $91.34 | $132.46 | $90.13 | | -$313.93 | | | $19,777.43 | -$4.94 | $7.30 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |